Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__

__Jacksonville__ Division

Kent Allen Jr.

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Stayve Thomas
George Sherman

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:21-cv-548-TJC-PDB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kent Allen Jr. |
| Street Address | 8201 SW 3rd Ct |
| City and County | North Lauderdale, Fl |
| State and Zip Code | Fl 33068 |
| Telephone Number | 404.721.9050 |
| E-mail Address | nerdsfinancial@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: George Sherman
- Job or Title (if known): CEO of Gamestop
- Street Address: 620 Westport Pkwy #100
- City and County: Grapevine
- State and Zip Code: TX 76051
- Telephone Number: 817.424.2000
- E-mail Address (if known):

Defendant No. 2
- Name: Stayve Thomas
- Job or Title (if known): recording artist for eOne
- Street Address: 4201 Wilshire Blvd
- City and County: Los Angeles
- State and Zip Code: CA 90010
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Kent Allen Jr., is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Stayve Thomas, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* George Sherman (Gamestop), is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* Texas.

Or is incorporated under the laws of *(foreign nation)* —,

and has its principal place of business in *(name)* Texas.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

With the idea of Gamestop that I expressed to Shayve Thomas I'm looking for the relief of $95 million for the idea I expressed to him.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attachment

The idea is for a gaming

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

With the idea of GameStop that I expressed to Shayve Thomas I'm looking for the relief of $95 million dollars for the idea I expressed to him.

GAMESTOP

At the age of 8, I was staying in Georgia. Doing this course of time, I was still developing artists. This particular artist I didn't get to personal develop as he was much older than me. At the time, I viewed him kind of like a father figure and it deeply saddens me to even take route to be compensated. This particular artist is Slim Thug whom real name is Stayve Thomas. At the time, when his name come to my mind I was on the phone with him and located at the Texaco in Forest Park, GA. Located right in front of the store there's a stop sign. At the age of 8, I played video games a lot so I was kind of in a rush to get back to playing video games on my handheld. While on the phone with him he asked me did you figure out the name you want to give me. At the particular moment it come to me what to give him. In it was a good one which is GameStop. Once I told him the name he got ecstatic and started to cheering. He told me, "boy that's a good name". I felt delighted because he was like a father figure to me. Me and Slim Thug did stay in reach into I was about the age of 13. Afterwards, I haven't heard from him and been trying to reach him recently. Unfortunately, I mentioned beforehand this one does sadden me as all of these cases are collectively. Today, GameStop is worth billions of dollars in monetary value.

Severed loss of memory——

due to severing multiple concussion from playing football so I ended up having to play basketball as a kid, focusing on college, and working two jobs right after high school, also formed another whole set of friends. Since meeting many of them when we were kids throughout the years my memory became very faded. Partly, due to my mother moving me to different locations growing up. Once, I got older doing high school my mother become very ill so I had to work to help with bills. After high school her status was the same so I had to work two jobs at times. Later, on at the age of 30 my mother passed away which if I was compensated from my ideas I would have covered her medical cost. Around the age of 26, I started attending college and was able to finish with a bachelor in business and also a MBA degree. I graduated with a 3.5 gpa. I did severe from a loss of memory due to multiple concussion from playing football so I ended up having to play basketball as a kid, focusing on college, and working two jobs right after high school, also formed another whole set of friends my memory of certain things in my childhood was forgotten which is when I made contact with these people.

I don't look for anyone to face any form of incarnation due to these different incidents. I only look to be compensated and also given credit for my ideas. Each artist is still special to me and unique in their own way. Also just looking to have my personal life back as these individuals have businesses in the different areas I stayed and also visited.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-21-21

Signature of Plaintiff
Printed Name of Plaintiff: Kent Allen Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address